

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FERNANDO MARTINEZ, ET AL.

            Plaintiff(s),

        v.

SYED ALI dba AUTO WEST COLLISION
REPAIRS, INC.

            Defendant(s).

CASE NO. 07-01705 JW

STIPULATION AND *Proposed*
ORDER SELECTING ADR PROCESS

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
12/19/2007

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  ✓  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓  other requested deadline _____

Dated: 11/1/07

Dated: 11/1/07

Attorney for Plaintiff
Jose A. Cordova for
James Smith
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket
Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓    Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓    other


**IT IS SO ORDERED.** The parties did not specify an alternative deadline.  The parties deadline for
an ADR session is 90 days from the date of this order.

Dated:  December 19, 2007

UNITED STATES DISTRICT    JUDGE