TIMOTHY C. DAVIS (SBN 60936)
tdavis@sfdavislaw.com
JOSE A. CORDOVA (SBN 201243)
jcordova@sfdavislaw.com
THE DAVIS LAW FIRM
A Professional Law Corporation
625 Market Street, 12th Floor
San Francisco, California 94105
Telephone:  (415) 278-1400
Facsimile:   (415) 278-1401

Attorneys for Defendant
SYED ALI dba AUTO WEST COLLISION REPAIRS, INC.



IT IS SO ORDERED
*James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MARTINEZ, FRANCISCO LOZANO, ALEJANDRO GUZMAN, DAVID LEMUS, DAVID LOPEZ, JOSE LOPEZ GUILLERMO LOPEZ, and ALBERTO ZAPIEN,<br><br>Plaintiffs,<br><br>v.<br><br>SYED ALI dba AUTO WEST COLLISION REPAIRS, INC.<br><br>Defendant. | Case No.: 07-01705 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1):   The Clerk shall close this file.

DATED:_____, 2008         LAW OFFICES OF JAMES DAL BON

                                    BY:_____
                                        Digitally signed by James Dal Bon
                                        Date: 2008.10.09 16:40:05 -07'00'
                                       JAMES DAL BON
                                       ATTORNEY FOR PLAINTIFFS

DATED: Oct 9, 2008                   THE DAVIS LAW FIRM

                                    BY:_____
                                       MARGUERITE E. MEADE
                                       ATTORNEY FOR DEFENDANTS

2997.010                                         Case No.:  07-01705 JW
{00020209}           1
           STIPULATION OF DISMISSAL WITH PREJUDICE